UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES - GENERAL</u>

Case No.   ED CV 09-01193-SGL(PJWx)                          Date: September 21, 2009

Title:      FEDERAL TRADE COMMISSION -v- IN DEEP SERVICES, INC., ET AL
================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

Cindy Sasse                                       Theresa Lanza
Courtroom Deputy Clerk                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

Collot Guerard                                    Theodore F. Monroe
                                                  Reza Sina


PROCEEDINGS:   MOTION HEARING - MOTION OF THEODORE F. MONROE TO
               WITHDRAW AS ATTORNEY, NO. 39

   Court hears oral argument.  Court **GRANTS** Motion of Theodore F. Monroe to Withdraw as Attorney.

   Court **DIRECTS** defendants' current counsel to meet and confer with plaintiff's counsel regarding the disclosure of all requested documents.

   In Deep Services, Inc. is advised that it is without an attorney of record.  Failure to take appropriate action in this case may result in serious legal consequences, including entry of Judgment against it.  A corporation, unincorporated association, partnership or trust may not appear in pro se and must obtain new counsel.  See <u>Attorneys Trust v. Videotape Computer Prod., Inc.</u>, 93 F.3d 593, 599 (9th Cir. 1996); Local Rule 83-2.9.2.3.

   IT IS SO ORDERED.